1  Jacob M. Weisberg, SBN 049065
   THE LAW OFFI Jacob M. Weisberg, SBN 049065
2  THE LAW OFFICE OF JACOB M. WEISBERG
   844 N. Van Ness Avenue
3  Fresno, CA  93728
   Telephone: (559) 441-0201
4  Facsimile: (559) 442-3164
   Alan J. Reinach, of counsel SBN 196899
5
   Attorneys for Plaintiff:  BRUCE NEAL

8               UNITED STATED DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

11 BRUCE NEAL,                            CASE NO: 1:09-CV-00706  OWW –BAK GSA

12              Plaintiff,                STIPULATION TO ALLOW FILING OF
     v.                                   SUPPLEMENTAL COMPLAINT (FED. RULE
13                                        CIVIL PROC. 15(2)) AND ORDER
   EDISON SCHOOL DISTRICT,
14
                Defendant

17     IT IS STIPULATED BETWEEN THE PARTIES HERETO THROUGH THEIR RESPECTIVE

   COUNSEL that Plaintiff may file his First Amended Complaint attached hereto and that Defendant

   shall file a responsive pleading within 30 days after filing.

       Dated: September 8, 2009            LAW OFFICE OF JACOB M. WEISBERG


                                           By: /s/ Jacob M. Weisberg_____
                                               Jacob M. Weisberg, Attorney for Plaintiff,
                                               BRUCE NEAL


    Dated:  September 8, 2009              DOOLEY, HERR, PELTSER AND RICHARDSON, LLP


                                           By: /s/ Leonard Herr_____
                                               Leonard Herr, Attorneys for Defendant,
                                               EDISON SCHOOL DISTRICT

                                        -1-
   Stipulation and Order

## **ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: 9/11/2009             /s/ OLIVER W. WANGER
                             OLIVER W. WANGER, U. S. DISTRICT JUDGE

Stipulation and Order