Jacob M. Weisberg, SBN 049065
THE LAW OFFICE OF JACOB M. WEISBERG
844 N. Van Ness Avenue
Fresno, CA  93728
Telephone: (559) 441-0201
Facsimile: (559) 442-3164
Alan J. Reinach, of counsel SBN 196899

Attorneys for Plaintiff:  BRUCE NEAL

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE NEAL,<br><br>                Plaintiff,<br><br>  v.<br><br>EDISON SCHOOL DISTRICT,<br><br>             Defendant. | CASE NO. 1:09-CV-00706-OWW-JLT<br><br>**STIPULATION OF ENTRY OF DISMISSAL OF EDISON SCHOOL DISTRICT AND ORDER**<br><br>Judge:         Hon. Oliver W. Wanger<br>Ctrm:          3<br><br>Complaint Filed: April 20, 2009<br>Trial Date:     None |

On June 1, 2010, a Settlement Agreement and Release of All Claims was made and entered into by and between BRUCE NEAL (hereinafter "Plaintiff") and Defendant EDISON SCHOOL DISTRICT (hereinafter "Defendant").

In accordance with the provisions of the Settlement Agreement, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRP 41(a)(1), and that each party will bear their own attorney's fees and costs.

-1-

**Neal v. Edison School District Dismissal**

**Stipulation and Order of Entry of**

**Case No. 1:09-CV-00706-OWW-JLT**

1  Dated: June 23, 2010                LAW OFFICE OF JACOB M. WEISBERG

2

3                                      By: /s/ Jacob M. Weisberg_____
                                           Jacob M. Weisberg, Attorney for Plaintiff,
4                                          BRUCE NEAL

5

6  Dated:  June 23, 2010               DOOLEY, HERR, PELTSER AND
                                       RICHARDSON, LLP
7

8                                      By: /s/ Leonard Herr_____
                                           Leonard Herr, Attorneys for Defendant,
9                                          EDISON SCHOOL DISTRICT

10

11

12

13  IT IS SO ORDERED.

14     Dated:  **June 25, 2010**          _____/s/ Oliver W. Wanger_____
                                           UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28  **Neal v. Edison School District**                    **Stipulation and Order of Entry of**
    **Dismissal**

                                     -2-                 **Case No. 1:09-CV-00706-OWW-JLT**